IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:06MJ183 |
| v. | : | |
| SERGE F. SUKAM | : | ORDER FOR DISMISSAL WITHOUT PREJUDICE |

Pursuant to Rule 48 (a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Ohio hereby moves to dismiss the Complaint and Warrant filed July 30, 2006, as to SERGE F. SUKAM without prejudice due to a need to continue to investigate a broader scope of activity.

Respectfully submitted,

GREGORY G. LOCKHART
United States Attorney

s/Vipal J. Patel
VIPAL J. PATEL (156212 CA)
Interim Deputy Criminal Chief
Attorney for Plaintiff
602 Federal Building
200 West Second Street
Dayton, Ohio 45402
(937) 225-2910
Fax: (937) 225-2564
Vipal.Patel @usdoj.gov

Leave of Court is granted for the filing of the foregoing Order of Dismissal without Prejudice.

DATE 8/31/2006

MICHAEL R. MERZ
CHIEF UNITED STATES MAGISTRATE JUDGE

cc: Marshal
Pretrial